**Vern Amelia RUSSELL and Quentin Victor BROWNING, Appellants, v. UNITED STATES of America, Appellee.**

No. 10692.

Circuit Court of Appeals, Ninth Circuit.

Feb. 28, 1944.

Henry Clay Agnew, E. K. Marohn, and James W. Mifflin, all of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and G. D. Hile, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeals herein be dismissed, with prejudice, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

**SECURITY MOTOR COMPANY, a Corporation, Alleged Bankrupt, Appellant, v. INTERSTATE SECURITIES COMPANY et al.**

No. 12804.

Circuit Court of Appeals, Eighth Circuit.

March 9, 1944.

Joseph T. Davis, of St. Louis, Mo., and William A. Kitchen, of Kansas City, Mo., for appellant.

Harry B. Jenkins, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 51 F.Supp. 559, dismissed at costs of appellant but without taxation of attorney's docket fee, on stipulation of parties.

**Clark SQUIER, Collector of Internal Revenue of the United States of America, Appellant, v. SEATTLE AERIE NO. 1 OF FRATERNAL ORDER OF EAGLES, a Corporation, Appellee.**

No. 10674.

Circuit Court of Appeals, Ninth Circuit.

Jan. 31, 1944.

J. Chas. Dennis, U. S. Atty., of Seattle, Wash., Harry Sager, Asst. U. S. Atty., of Tacoma, Wash., and Thomas R. Winter, Sp. Asst. to Chief Counsel, Bureau of Internal Revenue, of Seattle, Wash., for appellant.

Cornelius C. Chavelle, of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and mandate of this court issue forthwith. Aberdeen Aerie No. 24 of Fraternal Order of Eagles v. United States, 50 F.Supp. 734.